PD-1100-16
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/15/2016 3:54:32 PM
Accepted 9/16/2016 11:55:53 AM
ABEL ACOSTA
CLERK

No. _____

TO THE COURT OF CRIMINAL APPEALS

FROM THE FOURTEENTH COURT OF APPEALS NO. 14-15-00220-CR

VINCENT WILLIAMS
APPELLANT

From Cause No. 1420283, 230th District Court
Harris County, Texas.

V.

THE STATE OF TEXAS
APPELLEE

---

**Appellant's Motion To Extend Time
To File Petition For Discretionary Review**

---

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

COMES NOW, VINCENT WILLIAMS, and files this his Motion to Extend Time to File Petition for Discretionary Review, and in support thereof, would respectfully show the Court the following:

I.

The Fourteenth Court of Appeals affirmed the conviction in an opinion dated August 16, 2016. The PDR is due on September 15, 2016. No motion for rehearing was filed. No motions for extension have been filed.

II.

Appellant requests this extension due to the fact that counsel has been engaged in work in the Harris County Public Defender's Office on many cases, including the following:

- *William Tutson, 14-16-00514-CR*

- *LT Lewis, 01-16-00485-CR*

- *Felix Irizarry, PD-0701-16*

- *Audelio Trevino, 14-16-00268-CR*

FILED IN
COURT OF CRIMINAL APPEALS

September 16, 2016

ABEL ACOSTA, CLERK

- *Reginald Smith, 13-16-00185-CR*

- *Tairon Monjaras-Guirola, 01-15-01092-CR*

- *Emanuel Hayes, 01-15-00982-CR*

- *Bartolo Perez, 01-14-00061-CR*

- Counsel has been serving as the Educational Internship Coordinator and administrator of the Second Chair Program for the Harris County Criminal Lawyers Association

- Counsel has been researching and writing for several trial cases assigned to the Public Defender's Office Trial Division.


III.

Appellant's attorney requests this extension which is necessary so that the petition can be thoroughly written and timely filed. This motion is not made for the purpose of delay.


PRAYER

WHEREFORE, PREMISES CONSIDERED, Appellant prays that this Honorable Court grants this requested extension of time to file the appellant's petition for discretionary review in the above cause and extend the time for filing for 30 days, to October 15, 2016.

Respectfully submitted,

ALEXANDER BUNIN
Chief Public Defender
Harris County, Texas

/s/Sarah V. Wood
SARAH V. WOOD
Assistant Public Defender
Harris County, Texas
Texas Bar Number 24048898
1201 Franklin, 13th Floor
Houston Texas 77002
713.368.0016 (phone)
713.368.9278 (fax)
Sarah.Wood@pdo.hctx.net

Attorney for Appellant

CERTIFICATE OF SERVICE

By my signature below, I hereby certify that a true and correct copy of the above and foregoing Appellant's Motion to Extend Time to File Petition for Discretionary Review has been served on the District Attorney of Harris County, Texas, by electronic delivery through the efile system.

/s/Sarah V. Wood
Sarah V. Wood